UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAVONN STALLINGS,<br><br>                    Plaintiff,<br><br>-against-<br><br>MOUNT SINAI ST. LUKE'S AND ROOSEVELT,<br><br>                    Defendant. | 18 Civ. 8498 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court has reviewed the parties' letters regarding the use of a rough deposition transcript in the proposed motion for summary judgement (dkt. nos. 44, 46, 47) and adheres to its decision (dkt. no. 45) to permit such use.  The Court notes that defense counsel invited plaintiff's counsel to point out any inaccuracies in the rough transcript.

   **SO ORDERED.**

Dated:   New York, New York
         March 30, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge