# PHILLIPS & ASSOCIATES

*Attorneys at Law*
585 Stewart Avenue, Suite 410, Garden City, New York 11530
Tel: (212) 248-7431 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

February 11, 2022

<u>*Via ECF*</u>
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  RE: <u>**Stallings v. Mount Sinai St. Luke's and Roosevelt**</u>
     Docket No.: 18-cv-8498

Your Honor:

  This office represents Plaintiff Shavonn Stallings ("Plaintiff") in the above-referenced matter. Plaintiff writes to respectfully request an adjournment of the Oral Argument currently scheduled for February 24, 2022 at 11:00am in Courtroom 12A. Defendants' consent to this request. This is Plaintiff's first request to adjourn the oral argument. Plaintiff's request will not affect any future deadlines.

  The reason for the herein request is that the undersigned will be away on a planned vacation on February 24, 2022. The parties have conferred and are available on March 21, 23, or 24 to attend the oral argument, or at other dates and times convenient to the Court following March 24.

  In addition, the parties have conferred and jointly respectfully request the Oral Argument be heard virtually instead of in-person.

  We thank the Court for its time and attention to this matter.

---

```
Oral argument is adjourned to March 21, 2022, at 10 a.m.  The Court assumes that a
"planned vacation" during Presidents Week was not a surprise to counsel and notes
that at least good manners, not to mention efficiency in scheduling of court
proceedings, dictates reasonable notice of requests for adjournments.

Oral argument will take place remotely.  Chambers will communicate separately
video conferencing information to the parties.  Audio-only public access will be
available using the following information:  Dial-in (877) 402-9753; Access code
6545179.

SO ORDERED.
```

*Loretta A. Preska*
2/14/2022