UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAVONN STALLINGS,<br><br>                Plaintiff,<br><br>-against-<br><br>MOUNT SINAI ST. LUKES AND ROOSEVELT,<br><br>                Defendant. | No. 18-CV-8498 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Further to the Court's order of February 14, 2022 (dkt. no. 73), the oral argument scheduled for Monday March 21, 2022 will begin at 11:00 a.m. (rather than 10:00 a.m.).

**SO ORDERED.**

Dated:    February 16, 2022
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge