UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAVONN STALLINGS,

              Plaintiff,

-against-

MOUNT SANAI ST. LUKE's AND ROOSEVELT,

              Defendant.

18 CV 8498 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court held oral argument on Defendant's motion for summary judgment on March 21, 2022.  At the conclusion of that conference, the parties agreed to a settlement conference, which is scheduled to take place on April 5, 2022, at 10:00 a.m.  Accordingly, Defendant's motion for summary judgment (dkt. no. 49) is marked off the calendar pending settlement discussions.

**SO ORDERED.**

Dated:    New York, New York
           March 29, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge