UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAVONN STALLINGS,<br><br>                Plaintiff,<br><br>-against-<br><br>MOUNT SANAI ST. LUKE's AND ROOSEVELT,<br><br>                Defendant. | 18 CV 8498 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As set out in sealed proceedings on April 5, 2022, the parties have reached a settlement in this action.  Accordingly, the Clerk of the Court shall (1) mark this action closed, subject to reinstatement within 45 days if the settlement is not effected; and (2) mark all pending motions denied as moot.  The Court will retain jurisdiction to administer the settlement.

**SO ORDERED.**

Dated:    New York, New York
           April 5, 2022

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge