```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SHAVONN STALLINGS,

                    Plaintiff,

-against-

MOUNT SANAI ST. LUKE's AND
ROOSEVELT,

                    Defendant.

18 CV 8498 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

        The Court has reviewed the parties' settlement agreement
dated July 11, 2022, and signed by Ms. Stallings and Mount Sanai
on August 5 and August 16, 2022, respectively.  (Dkt. no. 81-1.)
The Court has also reviewed the parties' accompanying joint
letter dated October 17, 2022.  (Dkt. no. 81.)  The Court
concludes that the settlement agreement's terms, including the
agreed upon attorneys' fees, are fair and reasonable.
Accordingly, the settlement agreement is approved.  As ordered
on April 5, 2022, this action is now closed and any pending
motions are denied as moot.  (Dkt. no. 80.)  The Court will
retain jurisdiction to administer the settlement.

**SO ORDERED.**

Dated:    New York, New York
          October 17, 2022

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1